# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>AUSTIN THOMAS NOEL<br><br>_Defendant(s)_ | Case No.<br>1:23-mj-00009 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 18, 2019 to April 1, 2022  in the county of  Ottawa  in the Western District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexually exploiting a minor (producing child pornography) |
| 18 U.S.C. § 2252A(a)(2)(A) and (a)(5)(B) | Receiving and possessing child pornography |
| 18 U.S.C. § 2422(b) | Coercing and enticing a minor to engage in illegal sexual conduct |

This criminal complaint is based on these facts:

See attached continuation

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

_Complainant's signature_

SA Amanda Becker, FBI
_Printed name and title_

Date:  01/10/2023

_Judge's signature_

City and state:  Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
_Printed name and title_