## CONTINUATION OF APPLICATION FOR CRIMINAL COMPLAINT

### Introduction

1.  I, Amanda E. Becker, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and
    have been so employed since 2012.  I am currently assigned to the Detroit Field Office, Grand
    Rapids Resident Agency.  During my employment with the FBI, I have conducted investigations
    involving violations of federal criminal laws, including violations related to child exploitation and
    child pornography. I am familiar with the various statutes of Title 18, United States Code,
    Chapter 110 – sexual exploitation and other abuse of children, including violations pertaining to
    sexual exploitation and attempted sexual exploitation of children (18 U.S.C. § 2251(a)),
    distribution or receipt of child pornography (18 U.S.C.§ 2252A(a)(2)) and possession of child
    pornography (18 U.S.C. § 2252A(a)(5)(B); and Chapter 117 – transportation for illegal sexual
    activity, including coercion and enticement (18 U.S.C. § 2422(b).

2.  The statements contained in this Continuation are based upon information acquired during my
    investigation, as well as information provided by others such as other police officers, and Task
    Force Officers (TFOs) and Special Agents of the FBI.  Because this Continuation is being
    submitted for the limited purpose of establishing probable cause in support of a criminal
    complaint, I have not included each and every fact known to me concerning this investigation.  I
    have set forth only the facts I believe necessary to establish probable cause to believe that there
    is evidence of criminal activity.

3.  This continuation is submitted for the purpose of obtaining a criminal complaint against **AUSTIN
    THOMAS NOEL**, date of birth 01/xx/96, for sexually exploiting a minor (producing child
    pornography) in violation of 18 U.S.C. § 2251(a), receiving and possessing child pornography in
    violation of 18 U.S.C. §2252A(a)(2)(A) and (a)(5)(B); and coercing and enticing a minor to engage
    in illegal sexual conduct, in violation of 18 U.S.C. § 2422(b).

### Probable Cause

4.  On January 25, 2022, the mother (TIPSTER) of the minor victim (VICTIM 1), who was
    approximately 15 years old, submitted a tip to the FBI National Threat Operations Center (NTOC)
    via tips.fbi.gov. The TIPSTER discovered that approximately 2 years ago, while VICTIM 1 was
    approximately 13 years old and living with another relative in Muskegon, Michigan; VICTIM 1
    had been in contact on Snapchat with **AUSTIN NOEL** who was approximately 30 years old.

**AUSTIN NOEL** requested nude photographs of VICTIM 1 and threatened VICTIM 1 if she did not comply. The TIPSTER believed VICTIM 1 was in contact with **AUSTIN NOEL** for approximately 1 year. According to the TIPSTER, VICTIM 1 attempted to block **AUSTIN NOEL**, but **AUSTIN NOEL** found VICTIM 1 again and contacted VICTIM 1 on Xbox. VICTIM 1 also attempted to change her Snapchat account, but **AUSTIN NOEL** found her again. **AUSTIN NOEL** got angry, and the threats escalated. The TIPSTER said that on an unknown date, **AUSTIN NOEL** approached VICTIM 1 at a movie theatre.

5.  On February 3, 2022, law enforcement spoke with the TIPSTER and VICTIM 1 telephonically. VICTIM 1 provided the Snapchat account of **AUSTIN NOEL** as **"official_anoel."** VICTIM 1 also provided her Snapchat accounts[1], hereafter referred to as VICTIM ACCOUNT A and VICTIM ACCOUNT B. VICTIM 1 stated her last contact with **AUSTIN NOEL** was over Xbox on November 11, 2020. VICTIM 1 confirmed she began talking with **AUSTIN NOEL** approximately two to three years ago and that VICTIM 1 was originally contacted by **AUSTIN NOEL** on Snapchat. VICTIM 1 advised it was the summer before last, believed to be 2020, when **AUSTIN NOEL** made contact with VICTIM 1 at the movie theatre in Muskegon, Michigan, based on a post she made on social media.

6.  VICTIM 1 provided the name of **AUSTIN NOEL**. VICTIM 1 described **AUSTIN NOEL** as being in his late twenties, approximately 5'10" or taller, reddish hair, and a beard. VICTIM 1 also knew **AUSTIN NOEL** to drive a white pick-up truck.

7.  Michigan Secretary of State databases identified **AUSTIN THOMAS NOEL**, with a home address of 6702 Arlene Dr., Hudsonville, MI, 49426-9821 and date of birth January xx, 1996. A review of **AUSTIN NOEL's** Michigan driver's license information and image showed he was a male, 5' 8" tall, 160 lbs, with reddish hair and a beard. In addition, Michigan Secretary of State databases and other law enforcement databases returned information that **AUSTIN NOEL** was the registered[2] owner of a white 2012 Dodge Ram, Michigan license plate 8MRX1, a 2002 Honda Accord, Michigan license plate ELR1947, a 2020 Subaru Forester, Michigan license plate DV3224A, and a 2008 Honda Racer, Michigan license plate FP082.

8.  On February 17, 2022, VICTIM 1 was forensically interviewed by an FBI Child Adolescent Forensic Interviewer (CAFI) with the Louisville Division of the FBI. During the interview VICTIM 1 stated

---

[1] VICTIM 1's Snapchat accounts, VICTIM ACCOUNT A and VICTIM ACCOUNT B, are known to law enforcement and are being concealed to protect the identity of the minor victim.
[2] Surveillance conducted by the FBI on May 11, 2022, determined the 2012 Dodge Ram was white in color with light tan around the bottom of the vehicle and the 2020 Subaru Forester was reddish in color.

she sent sexually explicit photographs of herself to **AUSTIN NOEL** and **AUSTIN NOEL** sent sexually explicit pictures back. According to VICTIM 1, **AUSTIN NOEL** randomly added VICTIM 1 on Snapchat a few years ago, when VICTIM 1 was in approximately 6th grade, and was around 11 or 12 years old. VICTIM 1 and **AUSTIN NOEL** began to play video games together. VICTIM 1 told **AUSTIN NOEL** her age, what school she attended, her sister's name and age, her friend's names, and her interests. **AUSTIN NOEL** would compliment the VICTIM 1's body and began to flirt. **AUSTIN NOEL** convinced VICTIM 1 to send explicit photographs. **AUSTIN NOEL** would randomly send explicit photographs to VICTIM 1 without her requesting. At first, **AUSTIN NOEL** guilted VICTIM 1 into sending him pictures and videos, but as VICTIM 1 became more uncomfortable and reluctant, **AUSTIN NOEL** began threatening her. **AUSTIN NOEL** told VICTIM 1 what he wanted to see and asked to see VICTIM 1's "tits and ass," told her to take her clothes off, and for VICTIM 1 to take pictures from different angles. **AUSTIN NOEL** had VICTIM 1 send him pictures of almost all of VICTIM 1's body. **AUSTIN NOEL** was interested in seeing VICTIM 1's vagina and VICTIM 1 sent **AUSTIN NOEL** pictures of her vagina. **AUSTIN NOEL** also asked VICTIM 1 to send videos of VICTIM 1 "fingering" herself and VICTIM 1 sent **AUSTIN NOEL** a few such videos. The frequency in which VICTIM 1 sent **AUSTIN NOEL** pictures ranged from a few times a day to every other day. This went on for several months.

9.  VICTIM 1 advised all the pictures exchanged with **AUSTIN NOEL** occurred on Snapchat using the still picture feature. VICTIM 1 advised **AUSTIN NOEL** saved the pictures VICTIM 1 sent him to the chats. **AUSTIN NOEL** also contacted VICTIM 1 telephonically through Snapchat.

10.  According to VICTIM 1, **AUSTIN NOEL** met her and a friend at a movie theatre in Muskegon, MI. VICTIM 1 communicated with **AUSTIN NOEL** about what movie they were seeing and what seats they purchased. **AUSTIN NOEL** purchased a seat next to VICTIM 1. VICTIM 1 was wearing a skirt, and during the movie, **AUSTIN NOEL** touched her both on top and underneath her clothes. After the movie, **AUSTIN NOEL** told VICTIM 1 he wanted to finger her but did not because VICTIM 1's friend was present. **AUSTIN NOEL** wanted VICTIM 1 to come over to his house, but VICTIM 1 did not go. VICTIM 1 believed **AUSTIN NOEL** wanted to have sex if they were able to meet. VICTIM 1 expressed to **AUSTIN NOEL** she was nervous about people finding out about them, to which **AUSTIN NOEL** told VICTIM 1 he could legally adopt her and continued to talk about having sex with her.

11.  After the movie, VICTIM 1 and **AUSTIN NOEL** began to argue and VICTIM 1 told **AUSTIN NOEL** she wanted to stop communicating. **AUSTIN NOEL** told VICTIM 1 he could expose her and told

VICTIM 1 not to tell anyone. VICTIM 1 was in the 6th or 7th grade when she last communicated with **AUSTIN NOEL**.  In my experience, a student in the 6th or 7th grade would have been between 12 and 14 years old.

12. During the forensic interview, VICTIM 1 advised **AUSTIN NOEL** had reddish hair, glasses, lighter eyes (blue or green), pale skin, a beard often with a shaved mustache, owned a pickup truck and a cat, and worked for a billing or accounting company. **AUSTIN NOEL** told VICTIM 1 he was in his late twenties. VICTIM 1 told **AUSTIN NOEL** her name, actual age, and school she attended.

13. During the forensic interview, VICTIM 1 was shown a Michigan Driver's license image of **AUSTIN NOEL** with all identifiers removed. VICTIM 1 identified the male in the photograph as who she knew as **AUSTIN NOEL**.

14. On February 10, 2022, an administrative subpoena was served to Snapchat for **AUSTIN NOEL**'s Snapchat account **"official_anoel"** for the time period of January 1, 2019, through February 8, 2022.

15. On February 24, 2022, Snapchat responded and provided among other information that the Snapchat account **"official_anoel,"** was created on August 3, 2018. On August 25, 2019, the account user changed the username from "Austin Noel" to "Austin N." Snapchat advised that the account is still active.

16. On April 6, 2022, a search warrant was obtained in the United States District Court, Western District of Michigan (1:22-MJ-185), for **AUSTIN NOEL's** Snapchat account **"official_anoel"** and the VICTIM 1's accounts for the time period of the date of account creation (August 3, 2018) to April 6, 2022, the date the warrant was served.

17. On April 6 and April 7, 2022, Snapchat responded to the search warrant for **AUSTIN NOEL's** Snapchat account **"official_anoel"** and the VICTIM 1's accounts with a production package containing media (images), conversations, friends list, geo locations, IP data, memories, and subscriber information.

18. Review of the Snapchat conversations between **"official_anoel"** and VICTIM 1's accounts determined Snapchat records captured thousands of messages between the victim's account (VICTIM ACCOUNT A and B) and **"official_anoel."**

19. Snapchat records indicated the conversations between **"official_anoel"** and VICTIM ACCOUNT A began on or about December 18, 2019, when VICTIM 1 was approximately 13 years of age, and ended on or about November 30, 2020, when VICTIM 1 was approximately 14 years of age. Snapchat records indicated the conversations between **"official_anoel"** and VICTIM ACCOUNT B

began on or about April 15, 2021, when VICTIM 1 was 14 years of age, and ended on or about
July 7, 2021, when VICTIM 1 was still approximately 14 years of age.

20. The Snapchat conversations within the records between VICTIM ACCOUNT A and
**"official_anoel"** appear to indicate **AUSTIN NOEL** and VICTIM 1 had sexual interest in each
other, were in a relationship of sorts, and at times stated they were in love.

21. On January 10, 2020, there were conversations between VICTIM ACCOUNT A and
**"official_anoel,"** which VICTIM 1 made statements indicating she knew AUSTIN NOEL was 23
years of age.

22. On March 17, 2020, conversations between VICTIM ACCOUNT A and **"official_anoel"** indicated a
meeting at the movies, which corroborated the information provided by VICTIM 1.

> **VICTIM ACCOUNT A:**  *The memory of that night at the movies just hit*
> **official_anoel:**  *I think about it a lot*
> **VICTIM ACCOUNT A:**  *Everything was perfect*
> **official_anoel:**  *It really was*
> **VICTIM ACCOUNT A:**  *I still have the ticket*
> **official_anoel:**  *I do too*

23. On March 22, 2020, messages between VICTIM ACCOUNT A and **"official_anoel"** indicated
**AUSTIN NOEL** may have been aware of the VICTIM 1's age. There were a series of messages
exchanged, which read:[3]

> **official_anoel:** *I shouldn't be talking to you but I so love*
> *toðŸ' ðŸ ¼â€ â™,ï¸ ðŸ˜,ðŸ˜,*
> **VICTIM ACCOUNT A:** *Why shouldn't you be talking to me?*
> **official_anoel:** *Nvm let's not get into that*
> **VICTIM ACCOUNT A:** *Is it age?*
> **official_anoel:** *Yes, but like I've told you before I don't care at all about it*

24. Messages within the records between VICTIM ACCOUNT A and **"official_anoel"** indicated
**AUSTIN NOEL** had exchanged explicit photographs.  On March 27, 2020, a portion of the
messages read:

> **VICTIM ACCOUNT A:** *What happened to that thing you were gonna send?*
> **official_anoel:** *I'll do it right now*
> **VICTIM ACCOUNT A:** *ðŸ˜  ðŸ˜*

---

[3] The records provided by Snapchat included these unusual symbols.  There was no explanation
provided by Shapchat.  I believe these symbols are likely typographical representations of
emojis.

**official_anoel:** *ðŸ˜ ðŸ˜˜*
**VICTIM ACCOUNT A:** *DaddyðŸ¥µthank you so much*
**official_anoel:** *Yes*
**official_anoel:** *Of course*
**VICTIM ACCOUNT A:** *Is there anything you would like?*
**official_anoel:** *You wanna have some fun?.*
**VICTIM ACCOUNT A:** *Depends*
**official_anoel:** *On?*
**VICTIM ACCOUNT A:** *What do you want me to do?*
**official_anoel:** *Play with me*
**official_anoel:** *Like before*
**VICTIM ACCOUNT A:** *How so?*
**official_anoel:** *Like how we did before*
**VICTIM ACCOUNT A:** *Involving my pussy?*
**official_anoel:** *And the rest of you*
**VICTIM ACCOUNT A:** *I'm good with everything except my pussy*
**official_anoel:** *How come*
**VICTIM ACCOUNT A:** *It has become my main insecurity the past few months*
**official_anoel:** *What why?*
**official_anoel:** *You know I Love your pussy..*
**VICTIM ACCOUNT A:** *I'm not sure exactly why but it is, ik you love it, I'm sorry*
**official_anoel:** *Its okay don't be sorry, i just want you to know I love it*
**VICTIM ACCOUNT A:** *Thank you daddy*
**official_anoel:** *Of course.  You send whatever you're comfortable with â ¤*
**official_anoel:** *Fuckkkk*
**official_anoel:** *You're prefect*
**VICTIM ACCOUNT A:** *Thank you daddyðŸ˜*
**official_anoel:** *ðŸ˜ ðŸ˜*
**VICTIM ACCOUNT A:** *Wow, you made me really horny tonight*

25. Numerous messages within the records between VICTIM ACCOUNT A and "**official_anoel**"

    indicated **AUSTIN NOEL** had interest in meeting up in person with VICTIM 1.  Over March 31 and

    April 1, 2022, a portion of the messages read:

    **VICTIM ACCOUNT A:** Any forceful movements would make me really happy
    **official_anoel:** You like that?
    **VICTIM ACCOUNT A:** Yesss
    **official_anoel:** Since when baby
    **VICTIM ACCOUNT A:** Since my first kiss
    **official_anoel:** What. Why?
    **VICTIM ACCOUNT A:** He pushed me against the wall and kept his hands pushing on my hips
    while he was kissing me and a few other things like that happened but that's just one lighter
    example
    **official_anoel:** Aw man I wanted to do all of that to you..
    **VICTIM ACCOUNT A:** I'd love for you to do that
    **VICTIM ACCOUNT A:** Damn daddy
    **official_anoel:** Soon please sneak out or something lol

> **VICTIM ACCOUNT A:** I might be able to
> **VICTIM ACCOUNT A:** I'm on my period at the moment tho
> **official_anoel:** That doesn't bother me
> **VICTIM ACCOUNT A:** It bothers meðŸ˜‚
> **VICTIM ACCOUNT A:** My cramps are so bad
> **official_anoel:** Sex on your period really helps
> **VICTIM ACCOUNT A:** Interesting
> **official_anoel:** And it feels better apparently
> **VICTIM ACCOUNT A:** I wouldn't know
> **official_anoel:** I'll show you
> **VICTIM ACCOUNT A:** ðŸ˜³damn
> **official_anoel:** Just sneak out for us
> **VICTIM ACCOUNT A:** And go where?
> **official_anoel:** In my car, or a park, or my place
> **VICTIM ACCOUNT A:** Not tonight my dad closes tonight
> **official_anoel:** Aw okay

26. Numerous messages within the records between VICTIM ACCOUNT A and **"official_anoel"** indicated **AUSTIN NOEL** had a sexual interest in VICTIM 1. It also appeared **AUSTIN NOEL** had a desire to get together for sexual activities with VICTIM 1. On September 8, 2020, messages read:

> **VICTIM ACCOUNT A:** *I wish I was with you rn*
> **official_anoel:** *Oh I really wish you were too*
> **VICTIM ACCOUNT A:** *Why's that?*
> **official_anoel:** *Because you could help me*
> **VICTIM ACCOUNT A:** *Hmm now what would you need help with daddy?*
> **official_anoel:** *You could help me with my dick babygirl*

27. On September 20, 2020, there was discussion between VICTIM ACCOUNT A and **"official_anoel"** about VICTIM 1 coming back to Michigan. **AUSTIN NOEL** expressed his excitement that VICTIM 1 was coming back. VICTIM 1 and AUSTIN NOEL discussed VICTIM 1's family dynamics. A portion of the conversation read:

> **VICTIM ACCOUNT A:** *It's whatever, not like I can change it, they just get all pissed off and say "why is your generation so rude"*
> **official_anoel:** *I wish I could take you away*
> **VICTIM ACCOUNT A:** *Yeah, me too*
> **official_anoel:** *When you're 15 you can emancipate yourself and I can adopt you*
> **VICTIM ACCOUNT A:** *I plan on living with my mom next year and stay there but I feel like I'm betraying them just by doing that*
> **official_anoel:** *Oh*
> **VICTIM ACCOUNT A:** *Also that would be kinda strange if you adopted me*
> **official_anoel:** *That would make it 100x easier for us lol*
> **VICTIM ACCOUNT A:** *How so?*
> **official_anoel:** *Id adpot you and then you'd be living with me*

> **VICTIM ACCOUNT A:** *Then I'd feel like you were my dad and not my lover*
> **official_anoel:** *Well we would be lovers but we don't need other people to know that right away*
> **VICTIM ACCOUNT A:** *Could you get arrested for that?*
> **official_anoel:** *How would anyone know if uts just us and you living with me*

28. Approximately 87 media images were exchanged within the conversations between **"official_anoel"** and VICTIM ACCOUNT A. Of the 87 images, ten (10) images appear to depict VICTIM 1. Five (5) images depict VICTIM 1 fully clothed and displaying her face.  Four (4) images appear to depict VICTIM 1 partially clothed and one (1) image appears to show VICTIM 1's bare breasts. The four (4) partially clothed images are of similar poses taken inside a bedroom. VICTIM 1's face is not visible, and the images depict her hair, back, buttocks, and upper legs while wearing lingerie, or minimal clothing. The 1 image showing VICTIM 1's breasts, depicts a close-up photo of her front torso without showing her face. VICTIM 1 is laying on what appears to be a bed, displaying bare breasts. The remaining images exchanged between **"official_anoel"** and VICTIM ACCOUNT A, appeared to be memes, some of which were sexual in nature.

29. Approximately five (5) media images were exchanged within the conversations VICTIM ACCOUNT B and **"official_anoel"** and those images depicted fully clothed "selfies" of VICTIM 1 and memes.

30. On, March 19, 2022, a search warrant was obtained through the Western District of Michigan for **AUSTIN NOEL**, his residence 6702 Arlene Dr., Hudsonville, MI, 49426-9821, and his registered vehicles: 2012 Dodge Ram, Michigan license plate 8MRX1, a 2002 Honda Accord, Michigan license plate ELR1947, a 2020 Subaru Forester, Michigan license plate DV3224A, and a 2008 Honda Racer, Michigan license plate FP082.  Numerous evidence items were seized from **AUSTIN NOEL's** residence to include, but not limited to, a business card.  A Samsung cell phone was also seized of **AUSTIN NOEL's** person.

31. The business card, seized from the residence, appeared to indicate AUSTIN NOEL's social media accounts which included Instagram with username @therealaustinnoel, Snapchat and Twitter with username **@offical_anoel**, and xbox username 2smellywefanda.

Business Card - Front

Business Card - Back

32. During the search warrant execution of **AUSTIN NOEL's** residence, FBI interviewed **AUSTIN NOEL**. **AUSTIN NOEL** stated he was employed by Big Dutchman in Holland, Michigan. **AUSTIN NOEL** advised his email address was atnhotdude@yahoo.com[4],  **AUSTIN NOEL** also provided his cell phone number as 616-215-9620. **AUSTIN NOEL** stated his Instagram account was "The Real Austin Noel." **AUSTIN NOEL** advised there was another person on Instagram with his same name, so he created "The Real Austin Noel."  **AUSTIN NOEL** admitted to having a Snapchat account with username austin.noel[5], and other Snapchat accounts he did not use anymore. **AUSTIN NOEL** denied ever changing his Snapchat username and stated he only used the account for his supplement company ads and memes.  **AUSTIN NOEL** stated no one had access to his social media accounts other than him. However, **AUSTIN NOEL** denied the chat conversations recovered by the FBI were him and denied chatting with underage girls.

33. Following the search, the Samsung cell phone, seized from **AUSTIN NOEL's** person, was forensically extracted and reviewed.  Forensics indicated the phone number associated with the device was 616-215-9620.  Numerous pictures on the device depicted **AUSTIN NOEL**.  Several e-mail addresses were observed to include, but not limited to, anoel@bigdutchman.com and atnhotdude@yahoo.com.  The social media account Snapchat was located on the cell phone. The cell phone also had applications such as "Lockdown Pro[6]" and "Keepsafe[7]," which is a private photo vault.

---

[4] Snapchat records obtained February 24, 2022, returned an e-mail address atnhotdude@yahoo.com associated with the account "official_anoel."
[5] Snapchat records for the account "official_anoel," obtained February 24, 2022, returned a history of a display name "Austin Noel" and "Austin N."
[6] According to an open Google search, Lockdown Pro is an application used to password protect applications.
[7] According to an open Google search, Keepsafe secures personal photos and videos by locking them down with PIN protection, fingerprint touch ID, and military-grade encryption.

34. Many sexually explicit images of females were located on the Samsung cell phone.  Investigators identified approximately 19 images that depicted VICTIM 1. Approximately 5 images depicted VICTIM 1 in underwear, or limited clothing (2 of the images are duplicates). Approximately 10 images depicted the victim showing her breasts (6 of the images are duplicates). Approximately 4 copies of the same image that depicted a female hand with two fingers inserted into her vagina, but the face of the person is not seen.  One of the copies had the file name **46934f5e114f588af53335ff349f45a3d7bfa0f1b072cc29e3e9b12e6be575d4.jpg**.

35. On December 15, 2022, the FBI Louisville Division conducted a second forensic interview of VICTIM 1.  VICTIM 1 had a difficult time describing her and **AUSTIN NOEL's** "nudes" that were exchanged. VICTIM 1 sent **AUSTIN NOEL** pictures almost every day, most of which were of her "tits," or "ass."  Sometimes **AUSTIN NOEL** requested to see VICTIM 1's vagina and those were mostly videos. The only times VICTIM 1's face was in a video, was if she showed both her "tits" and vagina, otherwise photos or videos showing VICTIM 1's vagina usually did not have her face in them. The conversation leading up to pictures or videos being shared with **AUSTIN NOEL** was usually sexual in nature, then **AUSTIN NOEL** would send her nude images, then request she send him nude images or videos. Sometimes VICITIM 1's hand(s) would be "spreading" her vagina in images, and in videos VICTIM 1 was "fingering herself," i.e. masturbating. VICTIM 1 also sent some videos of her "bouncing her tits." Most of the images and videos were taken in VICTIM 1's bedroom or bathroom in her father's house located in Michigan. Some were taken in Louisville at her mother's house while she was on a break from school.

36. During the interview VICTIM 1 was shown 4 images.

    a. One of the images recovered from **AUSTIN NOEL**'s cell phone with the file name **46934f5e114f588af53335ff349f45a3d7bfa0f1b072cc29e3e9b12e6be575d4.jpg**. It depicted a close up of a female's pubic area with the two middle fingers of a hand inserted in the vaginal opening.   There is a grey blanket type material at the bottom of the photograph. (Same image noted as recovered in paragraph 34.)

    b. VICTIM 1 identified herself in the image. VICTIM 1 said that the image was taken at her mother's house in Louisville, KY, while she was on the floor in her bedroom closet sitting on a towel. VICTIM 1 was between 6th or 7th grade in this image. The image was taken using VICTIM 1's old Samsung J Series cell phone using Snapchat and she only sent the image to AUSTIN NOEL.  VICTIM 1 advised that the image could have been from a picture or a video.

VICTIM 1 sent pictures of her breasts or buttocks nearly once per day, but pictures or videos of VICTIM 1's vagina, similar to the fourth image, occurred once or twice per week.

c. Another image shown to VICTIM 1 was recovered from VICTIM ACCOUNT A, one of VICTIM 1's Snapchat accounts. The image had the file name **memories~~2020-07-17-00-11-20UTC~kennalb3~~~main-4a69e136-b8ac-e21e-2ee9-094b4fe8d000~V4.jpg.** The image depicted a female hand with two of the fingers covered with a fluid. The hand was in front of a pink and purple blanket.

d. VICTIM 1 identified herself in the image. VICTIM 1 sent the image after having a sexual conversation with **AUSTIN NOEL** where they sent sexual images back and forth. VICTIM 1 sent **AUSTN NOEL** the picture and told him she had "finished". The image was taken on Snapchat. VICTIM 1 said that she was between the 5th and 7th grade at the time the image was taken. VICTIM 1 could not recall what device she used to take the photograph. VICTIM 1 couldn't positively remember, but believed **AUSTIN NOEL** asked her to show him she finished. She advised that these types of images happened on multiple occasions. VICTIM 1 recognized the pink/purple quilt in the background because her grandmother made her the quilt. VICTIM 1 had the quilt currently at her mother's house in Louisville, but believed the picture was taken when she had the quilt at her father's house in Michigan. VICTIM 1 moved the quilt to her mother's house after 8th grade.

e. The other two images the FBI showed to VICTIM 1 were not pornographic. One image depicted VICTIM 1 in front of a mirror in a bathroom wearing a black sweatshirt and glasses and was recovered from VICTIM ACCOUNT A. VICTIM 1 identified herself and stated the photograph was taken at her father's house in Michigan. The bathroom depicted in the photograph appears to match several other photographs of VICTIM 1 recovered from **AUSTIN NOEL's** cell phone.

f. The last image depicts a dog being petted with the arm in a long sleeve black shirt with a grey blanket in the background. (It appeared to me that the blanket depicted was similar to the blanket material depicted in the image described in 36(a) above.) The image was recovered from VICTIM ACCOUNT A. VICTIM 1 identified herself in the image. The image was taken at VICTIM 1's mother's house in VICTIM 1's bedroom. The dog is theirs.

37. Based on the information above, I believe there is probable cause to believe that **AUSTIN NOEL**, coerced and enticed a minor to engage in illegal sexual conduct in violation of 18 U.S.C. § 2422(b); persuaded, used, or enticed a minor to engage in sexually explicit conduct for the

purpose of producing a depiction of such conduct in violation of 18 U.S.C. § 2251(a); and received and possessed such image of child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (a)(5)(B).

### VICTIMIZATION OF OTHER MINORS

38. A computer forensic examiner recovered more than 750 images that depicted young females from **AUSTIN NOEL**'s Samsung cell phone. Many of the images depicted the females exposing their breasts, vagina, anus, or performing sexual acts. The age of the females, although unknown, appeared to range from teen to young adult.

39. After further review of the Snapchat conversations records for "**official_anoel**," it was determined **AUSTIN NOEL** was in conversations with over 700 Snapchat accounts. Investigators have not confirmed all of the identities of the Snapchat accounts, however, the chat conversations indicated approximately 37 appeared to be females who were under the age of 18. Of those 37, approximately 24 underage females ranged from 12 to 15 years of age.

40. Within the Snapchat conversations, the FBI identified VICTIM 2, using VICTIM 2 ACCOUNT.[8] VICTIM 2 and "official_anoel" had conversations between May 18, 2020, and May 29, 2020.  On May 27, 2020, and May 28, 2020, there were conversations between VICTIM 2 and "**official_anoel**," in which age was discussed. Part of those message read:

> **VICTIM 2 ACCOUNT:** How old are you
> **official_anoel:** 21
> **VICTIM 2 ACCOUNT:** Wayyyy to oldðŸ˜˜,ðŸ˜˜,ðŸ˜˜,
> **official_anoel:** Exactly why I watched your storyðŸ˜˜
> **VICTIM 2 ACCOUNT:** ðŸ˜˜,
> **official_anoel:** How old are youðŸ˜˜,
> **VICTIM 2 ACCOUNT:** 13 ðŸ˜³ðŸ¤£
> **official_anoel:** ðŸ˜³
> **VICTIM 2 ACCOUNT:** OofðŸ˜˜,
> **official_anoel:** Welp
> **official_anoel:** Haha
> **VICTIM 2 ACCOUNT:** Hahha
> **official_anoel:** If it's any consolation, I definitely dated a 14 yo like last year ðŸ˜˜¬ðŸ˜˜¬ðŸ˜˜,
> **VICTIM 2 ACCOUNT:** ðŸ˜˜,omg
> Further on in the conversations:
> **official_anoel:** *Just let me make you happy*
> **VICTIM 2 ACCOUNT:** *How*
> **official_anoel:** *Well you gotta let me first*

---

[8] VICTIM 2's Snapchat account is known to law enforcement and is being concealed to protect the identity of the minor victim

**VICTIM 2 ACCOUNT** *I just asked how*
**official_anoel:** *Love, attention, pleasure lol*
**official_anoel:** *But nah we can just talk ðŸ¤·ðŸ¼â€ â™‚ï¸*
**VICTIM 2 ACCOUNT**: *Mmh*
**official_anoel:** *What??*
**VICTIM 2 ACCOUNT**: *You said we can just talk*
**VICTIM 2 ACCOUNT**: *Idc*
**official_anoel:** *Then ill give you all the other 3 too*
**VICTIM 2 ACCOUNT**: *What state do you live in?*
**official_anoel:** *Michigan*
**VICTIM 2 ACCOUNT**: *Area? If Iâ€™m allowed to ask*
**official_anoel:** *By grand haven*
**VICTIM 2 ACCOUNT**: *Ah*
**official_anoel:** *You?*
**VICTIM 2 ACCOUNT**: *Muskegon*
**official_anoel:** *Yeah you're really close lol*
**VICTIM 2 ACCOUNT**: *Mmh*
**official_anoel:** *Sooo I can give you those 3*
**VICTIM 2 ACCOUNT**: *Depends*
**VICTIM 2 ACCOUNT**: *What do you mean*
**official_anoel:** *On*
**VICTIM 2 ACCOUNT**: *What do you mean I asked*
**official_anoel:** *You get anything you want from me*
**VICTIM 2 ACCOUNT**:*.....*
**official_anoel:** *What now*
**VICTIM 2 ACCOUNT**: *Idk*
**VICTIM 2 ACCOUNT**: *You understand that Iâ€™m 13, right*
**official_anoel:** *I do*
**VICTIM 2 ACCOUNT**: *Your 21*
**official_anoel:** *Okay*
**official_anoel:** *And*
**VICTIM 2 ACCOUNT**: *Thatâ€™s old*
**VICTIM 2 ACCOUNT**: *I donâ€™t even know what you look like*
**official_anoel:** *I dont even know what you look like either lol*
**VICTIM 2 ACCOUNT**: *Send me a pic of you*
**VICTIM 2 ACCOUNT**: *I will do the same*
**official_anoel:** *You go first*
**VICTIM 2 ACCOUNT**: *Alright*
*(VICTIM 2 ACCOUNT sent a selfie image)*
**official_anoel:** *I can barely see you lol*
**VICTIM 2 ACCOUNT**: *I only do side pictures*
**VICTIM 2 ACCOUNT**: *Your turn*
**official_anoel:** *Same*
**VICTIM 2 ACCOUNT**: *Ok*
**official_anoel:** *Alright*
**VICTIM 2 ACCOUNT**: *...*
**official_anoel:** *What??*
**VICTIM 2 ACCOUNT**: *Sorry*

**official_anoel:** *For what*
**VICTIM 2 ACCOUNT**: *I didnâ€™t mean to type*
**official_anoel:** *Well do you wanna talk*
**VICTIM 2 ACCOUNT**: *If you want*
**official_anoel:** *Its up to you*
**VICTIM 2 ACCOUNT**: *I said if you want*
**official_anoel:** *I told you I'll give you anything*
**VICTIM 2 ACCOUNT**: *I know but Iâ€™m dating*
**official_anoel:** *So take a break or don't say anything*
**VICTIM 2 ACCOUNT**: *Why?*
**official_anoel:** *Because you'll really enjoy it and be happy*
**VICTIM 2 ACCOUNT**: *Why would I*
**official_anoel:** *Because I can give you anything you want, you'll have non stop attention, ill make you happy, and you'll love the pleasure*
**VICTIM 2 ACCOUNT**: *Ok*
**VICTIM 2 ACCOUNT**: *Iâ€™m 13, your 21*
**official_anoel:** *We've been over that*
**VICTIM 2 ACCOUNT**: *[chat audio media sent from V2- "Don't you think that is weird?  Like, for real, dude."]*
**official_anoel:** *I know people dating/married over 10 years apart*
**VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 – "Ok, but that doesn't mean I want to."]*
**official_anoel:** *Never said you had to*
**VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 – "I know, but I'm loyal."]*
**official_anoel:** *Thats why I said to break up*
**VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 –"Why would I break up with him?"]*
**official_anoel:** *I already said why*
**official_anoel:** *Youll be bappy*
**VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 – "How?"]*
**official_anoel:** *You want something, I give you it. You want attention,  I give you it. You want 30+ minutes of fun, I give you it. I will make you happy every day*
**VICTIM 2 ACCOUNT**: *For one, Iâ€™m loyal af. Second, you live about 30-60 minutes away. And lastly, your 21!*
**official_anoel:** *I like 15 minutes from you*
**VICTIM 2 ACCOUNT**: *Plus my parents are home for part of the day*
**official_anoel:** *And I told you, when youre single*
**official_anoel:** *You can be loyal to me*
**VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 – "I'm not going to be single for a long time."*
**official_anoel:** *You say that when you already broke up 3 times? Cmon now*
**VICTIM 2 ACCOUNT**: *Cmon what*
**official_anoel:** *Nothing you don't listen*
**official_anoel:** *I have nothing else to say to you until you're single, or decide you want true happiness and anything you want*
**VICTIM 2 ACCOUNT**: *I want happiness*
**official_anoel:** *I would give you happiness every day and night*
**VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 – "I want happiness, nut not with you. I'd rather have my boyfriend do that."*

> **VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 – "Plus, all you are going to want to do is fuck, fuck, fuck, and fuck.  That is all."]*
> **official_anoel:** *Except he's not making you happy clesrly, and im make you much happier. And no, that's not all I want, hence why I said I'd give you anything*
> **VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 Nah*
> **VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 How would you make me happier? Explain me that.*
> **official_anoel:** *Literally said it. I can give you Anything you want . You'd have my undivided attention. I'd make you laugh every day, you still get my memes. Like you can have anything*
> **VICTIM 2 ACCOUNT**: *[chat audio media sent from V2 Give me $100.*
> **official_anoel:** *Break up with him and I will*

41. On October 28, 2022, the FBI located and interviewed VICTIM 2, who is now a 15-year-old girl. VICTIM 2 confirmed VICTIM 2 ACCOUNT was her Snapchat account and she was the only one who had access to her account.  VICTIM 2 was shown a photograph of **AUSTIN NOEL** with no identifiers. VICTIM 2 did not recognize **AUSTIN NOEL**. VICTIM 2 did not recognize the Snapchat account "**official_anoel**," but also stated she had a lot of friends on Snapchat. VICTIM 2 searched for "**official_anoel**" using her Snapchat with negative results. VICTIM 2 indicated she would not see the account if "**official_anoel**" was deleted, or she was blocked. VICTIM 2 was shown excerpts of the Snapchat conversations between VICTIM 2 ACCOUNT and "**official_anoel**." VICTIM 2 remembered the conversation because of the male attempting to get her to break up with her boyfriend. VICTIM 2 had a lot of Snapchat accounts asking her for nudes and she recalled "messing with this guy." VICTIM 2 identified herself in a selfie image that was shared in the conversation. VICTIM 2 confirmed that was 13 years old at the time of conversation with "**official anoel**."  VICTIM 2 did not receive any nude photographs from **AUSTIN NOEL** and VICTIM 2 did not send any nude photographs to **AUSTIN NOEL.**

42. Within the Snapchat conversations, the FBI identified VICTIM 3, using VICTIM 3 ACCOUNT[9]. VICTIM 3 and "official_anoel" had conversations between December 28, 2019, and January 15, 2020.

43. On January 2, 2020, there were conversations between VICTIM 3 and "official_anoel," in which age was discussed.  Part of the messages read:

> **VICTIM 3 ACCOUNT**: *What u look like and how old are u?ðŸ¤"*
> **official_anoel:** *18*[10]

---

[9] VICTIM 3's Snapchat account is known to law enforcement and is being concealed to protect the identity of the minor victim
[10] January 2, 2020, AUSTIN NOEL would have been 24 years of age with a date of birth of January xx, 1996.

**VICTIM 3 ACCOUNT**: *To old sorry*
**official_anoel**: *How old are you*
**VICTIM 3 ACCOUNT**: *14*
**official_anoel:** *Oh, man :/ I guess it's not that bad only 4 years but understand*
**VICTIM 3 ACCOUNT**: *Yeah*
**official_anoel:** *Friends ?*
**VICTIM 3 ACCOUNT**: *Sure*
**official_anoel:** *Sweet, you're cool*
**VICTIM 3 ACCOUNT**: *Lol thanks*

44. On January 3, 2020, there was discussion between VICTIM 3 ACCOUNT and **"official_anoel"**

about VICTIM 3 sneaking out to meet **AUSTIN NOEL**. A portion of the conversation read:

**VICTIM 3 ACCOUNT**: *Yeah he got home around 3 so we could had fun for a while ðŸ˜*
**official_anoel:** *Damn I shouldve taken off work*
**VICTIM 3 ACCOUNT**: *Yeah*
**official_anoel:** *Well we still have tonight*
**VICTIM 3 ACCOUNT**: *Maybe lol idk tbh because I might have to help my dad*
**official_anoel:** *Well late tonight we will*
**VICTIM 3 ACCOUNT**: *Maybe Bc he usually stays up till 11:30*
**VICTIM 3 ACCOUNT**: *But Iâ€™ll let u know*
**official_anoel:** *I'll get you around 12 rhen*
**VICTIM 3 ACCOUNT**: *Lol Iâ€™ll let you know*
**official_anoel:** *You gotta stay up lol*
**VICTIM 3 ACCOUNT**: *Haha Iâ€™ll try*
**official_anoel:** *You have toooo*
**official_anoel:** *So we can fuck tonight lol*
**VICTIM 3 ACCOUNT**: *Lol okay Iâ€™ll try*
**official_anoel:** *You gottaaaa*
**VICTIM 3 ACCOUNT**: *Kk*
**official_anoel:** *ðŸ˜-ðŸ˜-ðŸ˜-*
**VICTIM 3 ACCOUNT**: *I will try*
**official_anoel:** *Pleaseeee*
**VICTIM 3 ACCOUNT**: *I will*
**official_anoel:** *Good ðŸ¤¤*
**VICTIM 3 ACCOUNT**: *Okay lol*
**official_anoel:** *ðŸ˜˜*
**VICTIM 3 ACCOUNT**: *ðŸ˜*
**official_anoel:** *Its gonna be funnnn*
**VICTIM 3 ACCOUNT**: *Yah*
**official_anoel:** *Be excited lol*
**VICTIM 3 ACCOUNT**: *I am*
**official_anoel:** *Good*
**VICTIM 3 ACCOUNT**: *Lol*
**official_anoel:** *So I'll message you at 12*
**VICTIM 3 ACCOUNT**: *Alright and Iâ€™ll let u know if I plan on sneaking out or not*
**official_anoel:** *You gotttaaa*
**official_anoel:** *So we can hangout*

**VICTIM 3 ACCOUNT**: *Yeah Ik itâ€™s just that I still donâ€™t feel good*
**official_anoel:** *You'll feel a lot better once you're with me*
**VICTIM 3 ACCOUNT**: *Lol wym by that*
**official_anoel:** *You'll feel better with me*
**VICTIM 3 ACCOUNT**: *Alright*
**official_anoel:** *What*
**VICTIM 3 ACCOUNT**: *Nothing*
**official_anoel:** *Its gonna be amazing*
**VICTIM 3 ACCOUNT**: *Yeah it is*
**official_anoel:** *â ¤*
**official_anoel:** *You get one after I pick you up*
**VICTIM 3 ACCOUNT**: *Yeah but idk if I can tonight because that might be around like 2am and Iâ€™m gonna be tired asf*
**official_anoel:** *It'll be worth it idc how late*
**VICTIM 3 ACCOUNT**: *It will be worth me being tired for taking care of my dad lol and my mom wakes up at 4:30 to go to work tmr*
**official_anoel:** *It'll be fun*
**VICTIM 3 ACCOUNT**: *Wym*
**official_anoel:** *If you let me get you :/*
**VICTIM 3 ACCOUNT**: *Yeah lol depends lol*
**official_anoel:** *Noo cmon you gotta idc how late*
**VICTIM 3 ACCOUNT**: *Why u wanna see me so bad*
**official_anoel:** *Because you're so cute and I wanna get close to you and I really wanna have sex with you*
**VICTIM 3 ACCOUNT**: *Ahh lol u want me to lose my virginity*
**official_anoel:** *I want to be the one who takes it lol â ¤*
**VICTIM 3 ACCOUNT**: *Oooo ok*
**official_anoel:** *We gotta get close ya know*
**VICTIM 3 ACCOUNT**: *Yah I*
**official_anoel:** *A few*
**VICTIM 3 ACCOUNT**: *Ah ok*
**official_anoel:** *Okay good ðŸ¤¤ nobody else just us lpl*
**official_anoel:** *Lol*
**VICTIM 3 ACCOUNT**: *Ik lol*
**official_anoel:** *Good lol*
**VICTIM 3 ACCOUNT**: *Lol*
**official_anoel:** *I'm hard lol*
**VICTIM 3 ACCOUNT**: *Why*
**official_anoel:** *Thinking about it*
**VICTIM 3 ACCOUNT**: *I didnâ€™t do anything for I to get hard lol*
**VICTIM 3 ACCOUNT**: *Ahh I*
**official_anoel:** *Just thought about it and you ppl*
**official_anoel:** *Lol\**
**VICTIM 3 ACCOUNT**: *Ahh lol*
**official_anoel:** *What*
**VICTIM 3 ACCOUNT**: *Nun*
**official_anoel:** *You don't like pics lol*
**VICTIM 3 ACCOUNT**: *I did*

**VICTIM 3 ACCOUNT**: *Do\**
**official_anoel:** *Did you like that*
**VICTIM 3 ACCOUNT**: *Yeah*
**official_anoel:** *Good*
**official_anoel:** *It's yours*
**VICTIM 3 ACCOUNT**: *Huh*
**official_anoel:** *My dick, it's yours*
**VICTIM 3 ACCOUNT**: *Oh lol*

45. On October 26, 2022, the FBI located and interviewed VICTIM 3, who is now a 17-year-old girl. VICTIM 3 confirmed VICTIM 3 ACCOUNT was her Snapchat and she was the only one who had access to her account.  VICTIM 3 was shown a photograph of **AUSTIN NOEL** with no identifiers. VICTIM 3 did not recognize **AUSTIN NOEL**. VICTIM 3 did not recognize the Snapchat account "**official_anoel**." VICTIM 3 searched for "**official_anoel**" using her Snapchat with negative results. VICTIM 3 was shown an excerpt of the Snapchat conversations between VICTIM 3 ACCOUNT and "**official_anoel**." VICTIM 3 did not remember the conversation but identified herself in a selfie that was exchanged during the conversations.  VICTIM 3 was asked if she sent nude photographs to "**official anoel**," which she replied, "Probably."  VICTIM 3 could not recall any details and began to cry.

46. Based on the information above, I believe there is probable cause to believe that **AUSTIN NOEL**, engaged in a course of conduct known as grooming and attempted to coerced and enticed minors to engage in illegal sexual conduct in violation of 18 U.S.C. § 2422(b).

47. Law enforcement reviewed historical police reports in which **AUSTIN NOEL** was named the subject of investigations from Ottawa County Sheriff's Department and the Naval Criminal Investigative Service (NCIS).

48. On or about November 2015, a female (FEMALE 1), who was 15 years old at the time, came forward to the Ottawa County Sheriff's Office. FEMALE 1 advised she met **AUSTIN NOEL** on a phone application called KIK, and messaged him for approximately two months. The conversations started innocently, until **AUSTIN NOEL** asked FEMALE 1 to send him a naked picture of herself. FEMALE 1 attempted to ignore the request, however, **AUSTIN NOEL** continued to ask her to send him pictures. Eventually, FEMALE 1 sent **AUSTIN NOEL** a picture of herself in her underwear.  In response, **AUSTIN NOEL** sent FEMALE 1 a picture of his exposed penis.  Ottawa County Sheriff's Office conducted a forensic review of FEMALE 1's cellular phone. No child pornography was located. However, there were numerous text messages of a sexual nature and screen shots that indicated FEMALE 1 and "**AUSTIN**" were in a relationship.

49. The Ottawa County Sheriff's Office contacted NCIS, as **AUSTIN NOEL** was a 19-year-old Marine assigned to Camp Lejeune, North Carolina. In approximately March 2016, a Special Agent with NCIS advised Ottawa County Sheriff's Office that **AUSTIN NOEL** was interviewed and confessed to sending photographs of his genitalia to FEMALE 1. **AUSTIN NOEL** also confessed to sexting FEMALE 1 and contacting her with the intent to have sexual intercourse with her.

50. On April 21, 2022, the FBI obtained a copy of the NCIS investigation into **AUSTIN NOEL** for the case involving FEMALE 1. NCIS conducted a forensic review of **AUSTIN NOEL's** cellular phone. According to the data, **AUSTIN NOEL** began exchanging text messages with FEMALE 1 on or about September 2015. On October 28, 2015, AUSTIN NOEL sent a text message to FEMALE 1 that read, "Just letting you know, I'm gonna destroy your pussy." Later that same day, **AUSTIN NOEL** sent another text message to FEMALE 1 that read, "I shouldn't hafta ask if you wanted to talk to me you would text. But you're a teenager so I understand and don't get upset with you." On October 30, 2015, **AUSTIN NOEL** sent a text message to FEMALE 1 that read, "Oh. And I'm gonna pound the fuck out of you." This message along with others describe a sexual encounter.

51. **AUSTIN NOEL's** criminal history was obtained and showed **AUSTIN NOEL** was arrested on February 4, 2016, for the violation of UCMJ Article 120B Sexual Abuse of a Child.  Records run in February 2022 indicated a disposition of "01/24/2017 SUMMARY COURT MARTIAL PLEAD/FOUND GUILTY ADMINISTRATIVE SEPARATION. Records run in May 2022 indicated a disposition of "NOT CHARGED OR PROSECUTED-NO ACTION TAKEN HONORABLY DISCHARGED FROM THE US NAVY 06/01/18)."

### CONCLUSION

52. Based on the information above, I believe there is probable cause to believe that **AUSTIN THOMAS NOEL**, coerced and enticed minors to engage in illegal sexual conduct in violation of 18 U.S.C. § 2422(b); persuaded, used, or enticed a minor to engage in sexually explicit conduct for the purpose of producing a depiction of such conduct in violation of 18 U.S.C. § 2251(a); and received and possessed such image of child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (a)(5)(B).