UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 1:23-MJ-00009

v.

COMPLAINT
**PENALTY SHEET**

AUSTIN THOMAS NOEL,

        Defendant.

_____/

**CHARGE 1:  Exploitation of a Child/Production of Child Pornography –** 18 U.S.C. § 2251(a)

**Minimum penalty:**  15 years

**Maximum penalty:**  30 years and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18:3583]

**Special Assessment**: $100 [18:3013]

**Additional Special Assessments**: $5,000 [18:3014] and up to $50,000 [18:2259A]

**Restitution**: [18:3663; Mandatory 18:3663A]

**Other**: Sex offender registration

**CHARGE 2: Coercion and Enticement –** 18 U.S.C. § 2422(b)

**Minimum penalty:**  10 years

**Maximum penalty:**  life and/or $250,000 fine [18:3571]

**Supervised Release:**  5 years to life [18:3583]

**Special Assessment:**  $100 [18:3013]

**Additional Special Assessments:** $5,000 [18:3014]

**Restitution:**  [18:3663; Mandatory 18:3663A]

**Other:**  Sex offender registration

**CHARGE 3: Receipt of Child Pornography** – 18 U.S.C. § 2252A(a)(2) and (b)(1)

**Minimum penalty:**  5 years

**Maximum penalty:**  20 years and/or $250,000 fine [18:3571]

**Supervised Release:**  5 years to life [18:3583]

**Special Assessment:**  $100 [18:3013]

**Additional Special Assessments:** $5,000 [18:3014] and up to $35,000 [18:2259A]

**Restitution:**  [18:3663; Mandatory 18:3663A]

**Other:**  Sex offender registration

**CHARGE 4: Possession of Child Pornography** – 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

**Penalty:**  20 years and/or $250,000 fine [18:3571]

**Supervised Release:**  5 years to life [18:3583]

**Special Assessment:**  $100 [18:3013]

**Additional Special Assessments:** $5,000 [18:3014] and up to $17,000 [18:2259A]

**Restitution:**  [18:3663; Mandatory 18:3663A]

**Other:**  Sex offender registration

Date: January 10, 2023              /s/ Daniel Y. Mekaru
                                    Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046