UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

– – – – – – – – –

**FILED - GR**
March 15, 2023 2:09 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:kb   SCANNED BY: ΚΒ 3/15

UNITED STATES OF AMERICA,

Plaintiff,

v.

AUSTIN THOMAS NOEL,
a/k/a "official_anoel,"

Defendant.

_____/

**1:23-cr-32**
Robert J. Jonker
U.S. District Judge

**FELONY**
**INFORMATION**

The United States Attorney charges:

**Sexual Exploitation and Attempted Sexual Exploitation of a Minor**

Beginning sometime in 2019 continuing until about July 2021, the exact

dates being unknown, in Ottawa and Muskegon Counties, in the Southern Division

of the Western District of Michigan, and elsewhere,

**AUSTIN THOMAS NOEL,**
**a/k/a "official_anoel,"**

knowingly used, persuaded, induced, and enticed and attempted to use, persuade,

induce, and entice a minor to engage in sexually explicit conduct for the purpose of

producing visual depictions of such conduct, and such visual depictions were

transmitted using any means or facility of interstate or foreign commerce.

Specifically, the defendant used Snapchat, a messaging application that

operates through the internet and cellular phone networks, to communicate with

VICTIM 1, a minor who was between 12 and 14 years old during that time.  The

defendant used, persuaded, induced, and enticed and attempted to use, persuade,

induce, and entice VICTIM 1 to take multiple pictures of herself lasciviously

displaying her exposed pubic area, including, but not limited to, the image file

identified as

"46934f5e114f588af53335ff349f45a3d7bfa0f1b072cc29e3e9b12e6be575d4.jpg."  The

images were sent to the defendant via Snapchat.

**18 U.S.C. § 2251(a) and (e)**

## FORFEITURE ALLEGATION
### Sexual Exploitation and Attempted Sexual Exploitation of a Minor

The allegations contained in this Felony Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251,

### AUSTIN THOMAS NOEL,
### a/k/a "official_anoel,"

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251 and 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.  The property to be forfeited, as to the count, includes, but is not limited to, the following:

1. Samsung SM-S908U cellular telephone (SN DNPXMJNPKXKV),
2. Samsung SM-X900 tablet, (SN R52T207S1WH),
3. Dell Inspiron Laptop (SN 5P3K803),
4. PNY Attache 512 MB thumb drive,
5. San Disk Ultra USB 3.0 64 GB Thumb Drive,
6. Cruzer Glide 8gb San Disk Thumb Drive,
7. Go Pro w/ 64 GB disk (#8477Zvk2P2FR),
8. Tracki GPS Tracker,
9. iPod Red (SN CCQYR16CM93F), and
10. 2 DVD's titled Innocence: Baby Blue.

If any of the property described above, as a result of any act or omission of the

defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be

              divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and by 28

U.S.C. § 2461(c).

**18 U.S.C. § 2253**
**21 U.S.C. § 853(p)**
**28 U.S.C. § 2461(c)**
**18 U.S.C. § 2251**
**18 U.S.C. § 2256(8)(A)**


                        MARK A. TOTTEN
                        United States Attorney

Dated: March 15, 2023

                        DANIEL Y. MEKARU
                        Assistant United States Attorney