# ATTACHMENT 1

April 10, 2023

U.S. District Court
110 Michigan St NW
Grand Rapids, MI 49503

Dear Judge Jonker

My name is Barb King I am a friend of Tina Noel – Austin's mother. I worked with Tina for 23 years before I retired in 2022. I have known Austin since he was about 3 years old.

I have watched Austin grow into a very fine young man who would help anyone if needed. Joining the Marines out of High School. Going to college when he returned and working a good job which lead him to purchase his first home. Austin has always been very polite, kind and sweet.

Although I'm not aware of all the details regarding the charges against Austin, I know he would never intentionally hurt anyone. He is a smart young man with a lot of potential to offer this world. I believe in my heart if given a second chance he would show you how good of a person he really is. I also believe he would get what ever help is needed so this wouldn't happen again. Please as long-time family friend I'm asking you to give Austin another chance to prove he is a good & caring person that we all know and love.

Thank you,

*Barbara D. King*

Barb King